UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 1:17CR096 |
| | ) | |
| vs. | ) | |
| | ) | |
| KENTEY RAMONE FIELDER | ) | |
| THERESA BILLS | ) | |

## ORDER TO UNSEAL CASE

Upon the motion of the United States, and for good cause shown, the Court hereby orders that this case be unsealed effective September 19, 2018.

SO ORDERED, this ___13th___ day of September, 2018.

Hon. Dennis L. Howell
United States Magistrate Judge
Western District of North Carolina
Asheville Division