# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:17 CR 96-1

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| **KENTEY RAMONE FIELDER,** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

This matter is before the Court on the Government's Motion to Dismiss Petition (Doc. 40), which seeks the dismissal of the pending bond Violation Report filed on May 20, 2019. Defense counsel has no objection to the relief requested.

For the reasons stated therein, the Government's Motion to Dismiss Petition (Doc. 40) is **GRANTED** and the Violation Report (Doc. 39) is **DISMISSED**.

Signed: June 6, 2019

W. Carleton Metcalf
United States Magistrate Judge