# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:17-cr-00096-MR-WCM-1

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| KENTEY RAMONE FIELDER, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss Petition [Doc. 74].

For the reasons stated in the Government's Motion,

**IT IS, THEREFORE, ORDERED** that the Government's Motion [Doc. 74] is **GRANTED**, and the Petition for Revocation of Supervised Release [Doc. 70] is **DISMISSED WITHOUT PREJUDICE**.

The Clerk of Court is respectfully directed to provide copies of this Order to counsel for the Government, counsel for the Defendant, and the United States Probation Office.

Signed: January 16, 2023

**IT IS SO ORDERED**.

Martin Reidinger
Chief United States District Judge